DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TROY JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TROY JENKINS,<br><br>            Defendant. | NO. 1:07-cr-00132 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:   December 21, 2007<br>Time:   9:00 A.M.<br>Judge:  Hon. Lawrence J. O'Neill |

      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for November 30, 2007, **may be continued to December 21, 2007, at 9:00 A.M.**

      This continuance is at the request of counsel for the defendant because she needs additional time to do defense investigation prior to the hearing, including meeting with the detective at the Clovis Police Department for review of discovery materials, including computer images.  Counsel has contacted the detective and was advised that he is currently engaged in trial in Southern California will not be available to meet with counsel for counsel's review of the computer images until that trial has been completed; he cannot advise counsel when that will be at this time.  Counsel may be able to review the images with another government representative.  Once the computer images are reviewed counsel will need time to meet and confer with the defendant, and the parties will then be able to confer re possible resolution of the

matter or a trial date.  The requested continuance will conserve time and resources for both parties and the court.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                    McGREGOR W. SCOTT
                    United States Attorney

DATED:  November 29, 2007        By   David l. Gappa
                                           DAVID L. GAPPA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                    DANIEL J. BRODERICK
                    Federal Public Defender

DATED:  November 29, 2007        By  /s/ Melody M. Walcott
                                           MELODY M. WALCOTT
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           TROY JENKINS



**O R D E R**

There exists good cause to continue the matter.   Time is excluded in the interests of justice pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     November 29, 2007**            /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE